## A09A0449. CANTY v. THE STATE.

(702 SE2d 12)

MILLER, Chief Judge.

In *Canty v. State,* 286 Ga. 608 (690 SE2d 609) (2010), the Supreme Court of Georgia reversed the judgment of this Court in *Canty v. State,* 297 Ga. App. 725 (678 SE2d 169) (2009). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Andrews, P. J., and Barnes, P. J., concur.*

DECIDED SEPTEMBER 22, 2010.

*Robert L. Persse,* for appellant.

*Richard A. Mallard, District Attorney, W. Scott Brannen, Assistant District Attorney,* for appellee.